GEORGE W. K. TAYLOR et al., as Trustees for Creditors of MILTON SCHNAIER et al., Composing the Firm of MILTON SCHNAIER AND COMPANY, Respondents, *v.* MARGARET D. HOPPER, Appellant.

*Taylor* v. *Hopper*, 120 App. Div. 875, affirmed.
(Argued November 16, 1908; decided December 1, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 17, 1907, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial in an action for conversion.

*Alton B. Parker* and *Charles W. Dayton, Jr.,* for appellant.

*Frank M. Avery* and *Edgar J. Phillips* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.